UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 371 |
| | ) Conspiracy |
| WILLIAM J. SIVETER | ) |
| JAMES D. EGAN | ) CR121-58 |

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 AUG -9 A 11: 19
CLERK____
SO. DIST. OF GA.

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Information are as follows:

**Count 1:**  **Conspiracy**
18 U.S.C. § 371
- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Jonathan A. Porter*
Jonathan A. Porter
Assistant United States Attorney
Georgia Bar Number 725457