UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 1:21-cr-58** |
| | ) | |
| v. | ) | |
| | ) | |
| **WILLIAM J. SIVETER** | ) | |
| **JAMES D. EGAN** | ) | |

**UNITED STATES' MOTION FOR LEAVE OF ABSENCE**

The United States requests, pursuant to Local Rule 83.9, that the Court grant the undersigned leave of absence from the above-captioned case for August 31 through September 2, 2021 for a trial; September 20, 2021 through September 24, 2021 for a trial; September 30 through October 1, 2021 for official out-of-state travel; and October 26 through 29, 2021 for a trial. The undersigned understands and acknowledges the requested absence does not change or suspend any Court-ordered deadline. This Motion respectfully requests that the Court not schedule any court appearances in the above-captioned case for those dates. This Motion and proposed order will be filed on the Court's electronic case filing system, which will provide notice to defense counsel of record.

This 8th day of August, 2021.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*s/ Jonathan A. Porter*
Jonathan A. Porter
Assistant United States Attorney

22 Barnard Street, Suite 300  Georgia Bar No. 725457
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: jonathan.porter@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of August, 2021.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: jonathan.porter@usdoj.gov

<u>s/ *Jonathan A. Porter*</u>
Jonathan A. Porter
Assistant United States Attorney
Georgia Bar No. 725457