UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 AUG 12 A 10: 11
CLERK_____
SO. DIS. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR 121-058 |
| WILLIAM J. SIVETER<br>JAMES D. EGAN | ) |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jonathan A. Porter** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jonathan A. Porter** be granted leave of absence for the following periods: August 31, 2021 through September 2, 2021; September 20, 2021 through September 24, 2021; September 30, 2021 through October 1, 2021; and October 26, 2021 through October 29, 2021.

**SO ORDERED**, this the _12th_ day of August, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA