# United States District Court
## Southern District of Georgia

United States of America

_____
Plaintiff

v.

James Egan
_____
Defendant

Case No. 1:21-cr-00058-JRH-BKE-2

Appearing on behalf of : _____

James Egan
_____
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, Jack A. Goldberger, hereby requests permission to appear pro hac vice in the subject case filed in the Criminal Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, Southern District of Florida. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Amy Lee Copeland as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 16th day of August, 2021.

_____
(Signature of **Petitioner**)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Amy Lee Copeland, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 17 day of August, 2021.

186730
Georgia Bar Number

(912) 807-5000
Business Telephone

Signature of Local Counsel

Rouse & Copeland, LLC (Law Firm)
602 Montgomery Street (Business Address)
Savannah, Georgia 31401 (City, State, Zip)
(Mailing Address)
amyleecopeland@roco.pro (Email Address)

# United States District Court
## Southern District of Georgia

United States of America

_____
Plaintiff

v.

Jame Egan, _____

Defendant

Case No. 1:21-cr-00058-JRH-BKE-2

Appearing on behalf of

James Egan
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Jack A. Goldberger,

**Business Address:** Goldbereger Weiss, P.A.
Firm/Business Name

1555 Palm Beach Lakes Boulevard
Street Address

| Suite 1400 | West Palm Beach | FL | 33401 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

(561) 659-8300                                    _____
Telephone Number (w/ area code)            Georgia Bar Number

**Email Address:** Jack@goldbergerweiss.com