# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Acting Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA   31521 | (912)280-1330 |

## NOTICE of FILING DEFICIENCY

To:  Jack A. Goldberger                              Date: 8/17/2021
Case: 1:21-cr-58                                      Party: James Egan

Your Motion for Leave to Appear *Pro Hac Vice*, filed on behalf of, __James Egan__ ,

on __8/17/21__ , is deficient in the area(s) checked below:


[ ☐ ] No actions required (Informative Only)          [ ☒ ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

☐  1. You did not include a Certificate of Good Standing demonstrating your membership in the bar of another federal district court.

☒  2. You did not provide a list of all cases in which counsel has appeared before this court. If this is your first appearance, please provide that information.

☐  3. You did not designate a member of this court's bar who shall stand as local counsel.

☐  4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)

☐  5. You did not submit the appropriate filing fee.


After 2 days a notice of noncompliance will be submitted to a judicial officer.

For more information - Please contact:  /s/ Sherry Taylor
                                         Deputy Clerk